ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Lockheed Martin Aeronautics Company | ) ASBCA Nos. 62249, 62727 |
| | ) |
| Under Contract No. N00019-02-C-3002 | ) |

APPEARANCES FOR THE APPELLANT:  John E. McCarthy, Jr., Esq.
Yuan Zhou, Esq.
Nicole J. Owren-Wiest, Esq.
Jonathan M. Baker, Esq.
  Croswell & Moring LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
David M. Ruddy, Esq.
Thomas G. Radtke, Esq.
David K. Stark, Esq.
Joel B. Lofgren, Esq.
  Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  March 27, 2024

THOMAS P. MCLISH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62249, 62727, Appeals of Lockheed Martin Aeronautics Company, rendered in conformance with the Board's Charter.

Dated:  March 27, 2024

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals